# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
VINCENT E.V.,

                Plaintiff,                23 **CIVIL** 2758 (GRJ)

    -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 01, 2024, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner is granted Judgment on the Pleadings; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
        March 01, 2024

                                    **RUBY J. KRAJICK**
                                      Clerk of Court

                BY:
                                      **Deputy Clerk**